# United States District Court
## Violation Notice

CVB Location Code: EV12

Violation Number: 5043617
Officer Name (Print): SIMS
Officer No.: 510

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense (mm/dd/yyyy): 8-13-15  0858
Offense Charged: ☐ CFR ☐ USC ☒ State Code
32 CFR 634.25 (F)
VSC 46.2-878

Place of Offense: JEFF TODD WAY

Offense Description: Factual Basis for Charge — HAZMAT ☐
EXCESSIVE SPEED
57/40 mph

### DEFENDANT INFORMATION

Last Name: BLANK
First Name: MARY ROSE

Tag No.: WRP 4851
State: VA
Year: 09
Make/Model: JEEP
PASS ☐
Color: Black

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

$ 103  Forfeiture Amount
+ $25 Processing Fee
PAY THIS AMOUNT → $ 128  Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: 401 Court House Sq, Alexandria, VA
Date (mm/dd/yyyy): 10-19-15
Time (hh:mm): 9AM

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

(Rev. 01/2011)  Original - CVB Copy

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on August 13, 20 15 while exercising my duties as a law enforcement officer in the Eastern District of Virginia.

Ticket: 5043617

I state that on August 13, 2015 while exercising my duties as a Law Enforcement Officer in the Eastern District of Virginia.

While performing law enforcement duties on Fort Belvoir, I observed a vehicle traveling East bound on Jeff Todd Way near Meeres Road at a high rate of speed which I visually estimated at 57 MPH and verified with LIDAR to be 57 MPH in a clearly marked and posted 40 MPH zone. I activated my emergency blue lights on my police department motorcycle and conducted a traffic stop. I identified the driver as MaryRose Blank by her Virginia driver's license and she stated she did not know the speed limit on the roadway. Ms. Blank was cited and released on scene. Weather was clear and roads were dry. There was no other vehicles present on the roadway when I activated my LIDAR on Ms. Blank's vehicle.

RADAR: LP05155
DISTANCE: 458ft

The foregoing statement is based upon:
☒ my personal observation    ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 8-13-2015
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial driver's license; CMV = Commercial vehicle involved in incident.